# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Patricia Carr,<br><br>    Plaintiff,<br><br>v.<br><br>Zion Debt Holdings, LLC.;<br>TransUnion, LLC,<br><br>    Defendants. | Case No. 1:24-cv-00626-MLB-JKL |

## NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Zion Debt Holdings, LLC remain pending.

Dated: June 13, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*